Jurisdiction is relinquished.

■

**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Eugene L. BROUSE, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.
Decided Sept. 9, 1999.

Joseph C. Madenspacher, Dist. Atty., Susan E. Moyer, Asst. Dist. Atty., District Attorney's Office, for Com.

James J. Karl, Public Defender, James A. Gratton, Asst. Public Defender, Public Defender's Office, for Eugene L. Brouse.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

**ORDER**

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* — Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated September 29, 1998, insofar as it is consistent with our disposition in *Williams* and we reverse its order insofar as it is inconsistent with the same. Furthermore, we remand the matter to the Superior

Court for disposition of any remaining issues.

Jurisdiction is relinquished.